**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ADRISH BANERJEE, *et al.*, | |
|         Plaintiffs, | 2:16-cv-00669-JCM-VCF |
| vs. | **ORDER** |
| CONTINENTAL INCORPORATED, INC., *et al.*, | |
|         Defendants. | |

       Before the court is Defendants' Emergency Motion to Extend the Deadline to Answer or Otherwise Appear (#4).

       IT IS HEREBY ORDERED that a hearing on Defendants' Emergency Motion to Extend the Deadline to Answer or Otherwise Appear (#4) is scheduled for 4:00 p.m., April 15, 2016, in courtroom 3D.

       IT IS FURTHER ORDERED that any opposition to Defendants' Emergency Motion to Extend the Deadline to Answer or Otherwise Appear (#4) must be filed on or before April 8, 2016.

       DATED this 29th day of March, 2016.

                                                    _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE