JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
Telephone: (702) 405-8100
Fax: (702) 405-8101
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00669-JCM-VCF<br><br>STIPULATION AND ORDER TO GRANT AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION TO DISMISS [Docket No. 10]<br><br>*(First Request Via Stipulation for an Extension of Time by Plaintiffs)* |

Plaintiffs Adrish Banjeree and Yan He (collectively, "Plaintiffs"), by and through the law firm Morris, Sullivan, Lemkul & Pitegoff, LLP, and Defendants, Continental Incorporated, Inc. ("Continental") and Leapers, Inc. ("Leapers")(collectively, "Defendants"), by and through the law firm Carbajal & McNutt LLP, hereby stipulate and agree as follows:

1. Whereas, on April 13, 2016, Defendants file a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6). (Docket No. 10)
2. Whereas, the current deadline for Plaintiffs to file a Response is May 2, 2016.[1]
3. Whereas, a hearing date has not been set on Defendants' Motion to Dismiss.

---

[1] April 30, 2016 is a Saturday. Pursuant to Fed. R. Civ. P. Rule 6 the period continues to run until the end of the next day that is not a Saturday, Sunday or legal holiday. As such, the Response date is May 2, 2016.

1

1. Wherefore, the Parties hereby stipulate and agree that the deadline for Plaintiffs to file a Response to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) shall be extended to May 16, 2016.

Wherefore, the Parties further stipulate and agree that the deadline for Defendants to file a Reply in Support of the Motion to Dismiss shall be extended to May 30, 2016.

| So stipulated April 29, 2016. | So stipulated April 29, 2016. |
|---|---|
| **CARBAJAL & MCNUTT LLP** | **MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP** |
| */s/ Matt Wolf* | */s/ Ryan Petersen* |
| DANIEL R. MCNUTT (SBN 7815) | JEFFREY I. PITEGOFF (SBN 5458) |
| MATTHEW C. WOLF (SBN 10801) | RYAN S. PETERSEN (SBN 10715) |
| 625 South Eighth Street | 3770 Howard Hughes Parkway, Suite 170 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

### IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2016

2