DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com
*Attorneys for Defendants Continental Incorporated, Inc., and Leapers, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>  Plaintiffs<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:16-cv-00669-JCM-VCF<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON DEFENDANTS' MOTION TO TRANSFER [ECF No. 40]** |

On May 26, 2016, Defendants Continental Incorporated, Inc. d/b/a Continental Enterprises ("Continental") and Leapers Inc. ("Leapers") (collectively, "Defendants") filed their Motion to Transfer Venue. (ECF No. 25.) Plaintiffs Adrish Banerjee and Yan He opposed the Motion on June 23, 2016, *see* ECF No. 36, and Defendants replied on July 8, 2016, *see* ECF No. 39. On July 15, 2016, Magistrate Judge Ferenbach recommended that the Motion be denied. (ECF No. 40.) Defendants objected to that recommendation on August 1, 2016, *see* ECF No. 41, and Plaintiffs responded to the objection on August 18, 2016, *see* ECF No. 42.

Under L.R. I.B. 3-1(a), leave must be sought and obtained to file a reply in support of an objection to a recommendation from a Magistrate Judge. The District of Nevada has one of the

largest caseloads in the United States,[1] and Defendants recognize L.R. I.B. 3-1(a) disallows replies to conserve the Court's limited time and resources.  In this particular instance, however, a reply is warranted to address Plaintiffs' inclusion of facts, case citations, and arguments which were asserted for the first time in their Response to Defendants' Objection.

Specifically, the attached reply addresses the following new arguments and cases relied on by Plaintiffs: (**1**) Plaintiffs' argument regarding the proper standard of review and misplaced reliance on three non-persuasive cases allegedly supporting the same; (**2**) Plaintiffs' red-herring argument regarding Defendants' alleged habit of forum shopping; and (**3**) Plaintiffs' unsupported statements that are improperly relied on as evidence.  No party will be prejudiced by the filing of the reply, and allowing its filing with serve both the interests of justice and the Court's interests in a complete discussion of these important legal issues.

WHEREFORE, Defendants respectfully request leave to file the reply attached as Exhibit A.

DATED August 29, 2016.

CARBAJAL & MCNUTT, LLP

*/s/ Dan McNutt*
DANIEL R. MCNUTT
MATTHEW C. WOLF
625 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants Continental Incorporated, Inc., and Leapers, Inc.*

The reply must be filed on or before September 23, 2016.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  9-19-2016

---

[1] *See, e.g.,* http://trac.syr.edu/tracreports/judge/364/table2.html (last accessed on Aug. 29, 2016) (noting the District of Nevada has the tenth largest civil caseload in the United States).

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that pursuant to N.R.C.P. 5(b) on August 29, 2016, I caused service of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON DEFENDANTS' MOTION TO TRANSFER [ECF No. 40]** by mailing a copy by United States Postal Service, postage prepaid and/or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address and e-mail:

JEFFREY I. PITEGOFF (SBN 5458)
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel. (702) 405-8100 / Fax (702) 405-8101
Attorney for Plaintiffs

*/s/ Lisa A. Heller*
An Employee of Carbajal & McNutt LLP